UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| RAMIRO RODRIGUEZ-CARILLO, | Case No. 3:20-cv-00267-LRH-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, et al., | |
| Respondents. | |

Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus, a motion for appointment of counsel, and a financial affidavit indicating that he is able to pay the filing fee ($5.00) for a habeas proceeding. ECF No. 1. He has not, however, paid the fee.

IT IS THEREFORE ORDERED that petitioner shall have 30 days from the date of this order to make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Failure to comply will result in the dismissal of this action without prejudice.

DATED this 12th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE